MERCK v. UNITED STATES.

(Circuit Court, S. D. New York. December 23, 1899.)

No. 2,533.

1. CUSTOMS DUTIES—BOTTLES.

Bottles holding not more than one pint of free goods, and those subject to a specific duty, are free.

2. SAME.

Bottles holding more than one pint of merchandise subject to an ad valorem duty are not themselves subject to duty.

Appeal by one Merck from a decision of the board of general appraisers which affirmed the action of the collector in assessing duty upon the importations in question.

Everit Brown, for importer.
Charles D. Baker, Asst. U. S. Atty.

TOWNSEND, District Judge (orally). The articles in question are bottles holding, respectively, more and not more than one pint, and holding various kinds of merchandise, some free, some subject to a specific duty, and some subject to an ad valorem duty. The importer admits that, as to the bottles holding not more than one pint, the duty assessed under paragraph 88 of the act of 1894 is

correct. All the questions herein as to bottles holding not more than one pint have been disposed of by the courts. That the bottles holding free goods and those subject to a specific duty are free is decided in U. S. v. Leggett, 13 C. C. A. 448, 66 Fed. 300, and the cases below cited; that the bottles holding merchandise subject to an ad valorem duty are not themselves subject to duty is decided in U. S. v. Dickson, 19 C. C. A. 428, 73 Fed. 195, and U. S. v. Ross, 33 C. C. A. 361, 91 Fed. 108. The decision of the board of general appraisers is affirmed as to the bottles holding more than one pint, and reversed as to those holding not more than one pint.